UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRADFORD PAUL STORTI,

    Defendant.
_____/

Case No. 2:22-cr-3

Hon. Hala Y. Jarbou

## **ORDER**

The Court held a Final Pretrial Conference by video on the record, with all parties present, on June 6, 2023. For the reasons stated on the record,

**IT IS ORDERED** that Defendant's pro se Ex Parte Motion to Replace Defense Counsel (ECF No. 98) is **DENIED without prejudice**. A status conference is set for **June 13, 2023**, at **10:00 a.m.** by video.

Dated: June 7, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE