**UNITED STATES DISTRICT COURT – WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. BRADFORD PAUL STORTI | | | | **DISTRICT JUDGE:** Hala Y. Jarbou |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 2:22-cr-3 | 6/27/2023 | 10:30 AM – 10:35 AM | Marquette | N/A |

**APPEARANCES**

| Government: Paul David Lochner | Defendant: Sarah Emily Henderson | Counsel Designation: CJA Appointment |
|---|---|---|

| **TYPE OF HEARING** | **DOCUMENTS** | **CHANGE OF PLEA** |
|---|---|---|
| ☐ Arraignment:<br>　__mute　__nolo contendre<br>　__not guilty　__guilty<br>☐ Final Pretrial Conference<br>☐ Detention   (waived __)<br>☐ Motion Hearing<br>☐ Revocation/SRV/PV<br>☐ Bond Violation<br>☐ Change of Plea<br>☐ Sentencing<br>☐ Trial<br>☒ Other: Status Conference | ☐ Defendant's Rights<br>☐ Waiver of Indictment<br>☐ Other: _____<br><br>Court to Issue:<br>☐ Order of Detention<br>☐ Notice of Sentencing<br>☐ Order Appointing Counsel<br>☐ Other: _____ | Charging Document:<br>　☐ Read　☐ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>☐ Presentence Report Ordered<br>☐ Presentence Report Waived<br>☐ Plea Accepted by the Court<br>☐ Plea Taken under Advisement<br>☐ No Written Plea Agreement |

**SENTENCING**

| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted: ☐Yes ☐No ☐N/A<br>Defendant informed of right to appeal: ☐Yes ☐No<br>Counsel informed of obligation to file appeal: ☐Yes ☐No<br>Conviction Information:<br>　Date: _____<br>　By: _____<br>　As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**

| **CUSTODY/RELEASE STATUS** | **BOND AMOUNT AND TYPE** |
|---|---|
| Detention Continued | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Trisha Cameron | **Case Manager:** B. Sauve |